THE SHELL CO. (PORTO RICO) LTD., aplte., *v.* BUXÓ VDA. DE
PATXOT, ET AL., apldas.

No. 6768.—*Sometido:* Julio 23, 1934. *Resuelto:* Julio 24, 1934.

Solicitada la desestimación del presente recurso por no
haberse notificado la apelación a una parte en el procedimiento, la apelante se opuso alegando no haber base ante
el tribunal para poder decidir si la persona dejada de notificar era o no una parte contraria.

Ante el tribunal sólo había, además de la moción de desestimación y de la oposición a la misma, copia certificada
de una llamada "segunda demanda"—de la que aparecía
que se trataba de un cobro de dinero por el procedimiento
ejecutivo sumario dirigido contra la deudora hipotecaria y
los actuales dueños de la finca que de ella adquirieron—y
del escrito de apelación.

No hallándose el tribunal con esos únicos elementos ante
sí en condiciones de decidir si la parte a quien se dejó de
notificar era o no una parte adversa, bajo las circunstancias, y siguiendo la práctica adoptada en otros casos, entre
ellos el de *Urriza* v. *Negrón,* 21 D.P.R. 439, desestimó la
moción sin perjuicio de que se reprodujera una vez perfeccionada la apelación con el archivo de la transcripción de
autos.